**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No.    2:24-cv-08767-MEMF-AJR            Date:  April 6, 2026
                                                                              Page 1 of 3

Title:        Isaiah Joel Petillo v. CO Ayala, et al.

DOCKET ENTRY:  **ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE BECAUSE PLAINTIFF HAS NOT FILED A SECOND AMENDED COMPLAINT**

PRESENT:

**HONORABLE A. JOEL RICHLIN, UNITED STATES MAGISTRATE JUDGE**

_Claudia Garcia-Marquez_        _____None_____        __None__
    Deputy Clerk                    Court Reporter/Recorder            Tape No.

ATTORNEYS PRESENT FOR                ATTORNEYS PRESENT FOR
        PLAINTIFF:                            DEFENDANTS:

    None Present                                None Present

**PROCEEDINGS:  (IN CHAMBERS)**

On October 9, 2024, *pro se* Plaintiff Isaiah Joel Petillo ("Plaintiff"), a state prisoner then in the custody of the California Department of Corrections and Rehabilitation ("CDCR") at California State Prison, Lancaster ("CSP-LAC"), filed a civil rights complaint pursuant to 42 U.S.C. § 1983 (the "Complaint") against the following officers in their individual and official capacities:  (1) Ayala; (2) A. Garcia; (3) J. Mendoza; (4) A. Pacheco Trevino; (5) D. Navarro; and (6) B. Perrera (collectively "Defendants").  (Dkt. 1 at 3-5.)  On October 31, 2024, Plaintiff filed a Supplemental Complaint that only added additional exhibits (the "Supplemental Complaint").  (Dkt. 6.)

On December 3, 2024, the District Judge dismissed the case without prejudice after

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**<u>CIVIL MINUTES – GENERAL</u>**

Case No.        2:24-cv-08767-MEMF-AJR                    Date:  April 6, 2026
                                                         Page 2 of 3

Title:          <u>Isaiah Joel Petillo v. CO Ayala, et al.</u>

---

Plaintiff failed to comply with the Court's October 11, 2024 Order, to either pay the filing fee or submit an *In Forma Pauperis* request.  (Dkt. 7.)  However, on December 19, 2024, the Court received Plaintiff's $405 filing fee.  (Dkt. 11.)  Therefore, on January 6, 2025, the District Judge reopened the case.  (Dkt. 13.)

On March 14, 2025, Plaintiff filed a First Amended Complaint (the "FAC"), naming the same Defendants as in the original Complaint, but suing each solely in their individual capacity.  (Dkt. 20.)  On July 1, 2025, Defendants filed a Motion to Dismiss the FAC pursuant to Federal Rule of Civil Procedure 12(b)(6) (the "Motion").  (Dkt. 29.)  On February 17, 2026, the Court granted Defendants' Motion with leave to amend.  (Dkt. 34.)  Plaintiff was ordered to file a Second Amended Complaint (the "SAC') on or before March 19, 2026.  (<u>Id.</u> at 14.)  The Court warned that failure to file a SAC would result in a recommendation that this action be dismissed with prejudice for failure to prosecute and obey Court orders.  (<u>Id.</u> at 15.)[1]

As of today, Plaintiff has neither filed an amended complaint nor requested a further extension of time in which to do so.  This action cannot move forward unless and until Plaintiff files an amended complaint.  **As the Court previously advised Plaintiff, failure to file a SAC will result in a recommendation that this action be dismissed with prejudice for failure to prosecute and/or obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).**

---

[1] On November 24, 2025, Plaintiff filed a Notice of Change of Address indicating that he had been transferred to CCI Tehachapi, P.O. Box 1902, Tehachapi, California 93581. (Dkt. 33.)  However, the Court subsequently checked the California Department of Corrections and Rehabilitation Inmate Locator website using Plaintiff's CDCR number T44601, which indicates that Plaintiff remains housed at Pelican Bay State Prison, P.O. Box 7000, Crescent City, California 95551, Plaintiff's current address of record.  (See https://ciris.mt.cdcr.ca.gov/results?cdcrNumber=T44601, last viewed Apr. 6, 2026.) Accordingly, the Court mailed the Order granting Defendants' Motion to Dismiss the First Amended Complaint with leave to amend to that address.  The Court has not received any returned mail.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No.     2:24-cv-08767-MEMF-AJR                    Date:  April 6, 2026
                                                       Page 3 of 3

Title:       Isaiah Joel Petillo v. CO Ayala, et al.

---

Plaintiff is ordered to file a SAC, if any, by **April 27, 2026** or show cause why the action should not be dismissed with prejudice for failure to prosecute.  If Plaintiff chooses to file a SAC, it should bear the docket number assigned to this case (2:24-cv-08767-MEMF-AJR), be labeled "Second Amended Complaint," and be complete and of itself without reference in any manner to the First Amended Complaint, the original Complaint or any other document (except any document that Plaintiff chooses to attach to the SAC as an exhibit).  Plaintiff is encouraged to state his claims in simple language and provide only a brief statement of supporting facts, omitting facts that are not relevant.  Should Plaintiff decide to file a SAC, he is encouraged to utilize the CV-66 form complaint attached to this Order.

If Plaintiff no longer wishes to pursue this action or certain claims or defendants, he may voluntarily dismiss the entire action, certain claims, or certain defendants by filing a Notice of Dismissal in accordance with Federal Rule of Civil Procedure 41(a)(1).  A form Notice of Dismissal is attached for Plaintiff's convenience.

IT IS SO ORDERED.

Attachment:
CV-09, Notice of Dismissal Pursuant to Federal Rules of Civil Procedure 41(a) or (c).
CV-66, United States District Court, Central District of California Civil Rights Complaint.